# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| DALLAS SCOTT, | Case No. 1:21-cv-633 |
| Plaintiff, | Judge Matthew W. McFarland |
| v. | |
| TIRE DISCOUNTERS, INC., | |
| Defendant. | |

## CONDITIONAL ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Motion for FLSA Settlement Approval (Doc. 22). In light of the Court's recent decision in *Gilstrap v. Sushinati LLC*, No. 1:22-CV-434, 2024 U.S. Dist. LEXIS 88152 (S.D. Ohio May 15, 2024), this Court lacks the authority to approve or reject the parties' FLSA settlement. In turn, the Joint Motion for FLSA Settlement Approval (Doc. 22) must be **DENIED**.

Instead, having been advised by counsel for the parties that the above matter has settled, the Court **ORDERS** that this action is **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within forty-five (45) days, move to reopen the action if settlement is not consummated. Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S. Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

IT IS SO ORDERED.

                                            UNITED STATES DISTRICT COURT
                                            SOUTHERN DISTRICT OF OHIO

                              By: _____
                                           JUDGE MATTHEW W. McFARLAND